**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 390 MAL 2015
:
                  Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v. :
:
:
DR. RICHARD G. PAOLINO, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.